**Johnson, Lisa**

**From:** Wynne, James
**Sent:** Friday, March 20, 2015 4:22 PM
**To:** Amanda Betts
**Cc:** Pollard, Beverly; Hanna, Gregory S.; Pribich, Dan T.
**Subject:** RE: Letter of Notification

Ms. Betts,

Your reinstatement award is to have your personnel record reflect as if the termination never occurred. Therefore, it's not going to show a termination followed by a reinstatement in PeopleSoft. It simply shows you as a current employee.

Since there is no retaliation, there is nothing in your first note that is Title VI or Title VII EO related, thus my statement that from my office's standpoint the matter is closed. However, if you still desire to meet with me, call Lisa Johnson x22382 and she can schedule you time on my calendar.

Jim Wynne
Director
Office of Equal Employment Opportunity
(202) 962-2303

**From:** Amanda Betts [mailto:[redacted]ail.com]
**Sent:** Friday, March 20, 2015 [redacted]
**To:** Wynne, James
**Cc:** Pollard, Beverly; Hanna, Gregory S.; Pribich, Dan T.
**Subject:** RE: Letter of Notification

Good afternoon Mr. Wynne,

Thank your for your prompt response. My concerns have been voiced to MTPD. I was advised by my EEOC attorney to reach out to you and the Labor department representative responsible for the implementation of my arbitration decision (Dan T. Pribich).

I obtained my identification card today, however this does not negate the issue/issues please see original email.

It is my understanding that you are denying my request for a meeting.

Also, just prior to noon, today, I was advised by Lora Wright (HR) that there was no record of termination nor reinstatement updated in PeopleSoft- please provide clarification.

Thank you,

Amanda Betts

Ms. Betts,

I met with Captain Hanna this morning who informed me that he met with you on March 18, 2015 and informed you that the Implementation Award Memo would take time to be routed through the different departments in Human Resources (HR), and discussed your future work assignment. He further stated that he informed you that the process to calculate back pay (separate from HR) may take even longer due to the calculations required. Captain Hanna also stated that he spoke with Christopher Archer (your union representative) to ascertain if there were any concerns, and none were voiced. Finally, Captain Hanna said he spoke with you this morning (3/20), told you that you are in PeopleSoft, (which I verified) and instructed you to get your identification badge.

I find no retaliatory actions as it relates to your EEOC activity in conjunction with reinstating you back into Metro. HR had no involvement in your EEOC activity, hence there is no nexus.

Therefore, the Office of Equal Employment Opportunity considers this matter closed.

Jim Wynne

Director

Office of Equal Employment Opportunity

(202) 962-2303

**From:** Amanda Betts [mailto[redacted]ail.com]
**Sent:** Thursday, March 19, 2015 11:19 PM
**To:** Pribich, Dan T.; Pollard, Beverly; Wynne, James
**Subject:** Letter of Notification

**MEMORANDUM**

TO: James Wynn, WMATA Civil Rights Office
Beverly Pollard, WMATA Civil Rights Office

Dan Pribich, WMATA Labor
FROM: Amanda Betts
DATE: March 18, 2015
SUBJECT: Letter of Notification

Sirs/Madam:
I was advised by a WMATA office that according to Human Resources via PeopleSoft, I am not an employee despite the arbitration decision dated January 28, 2015 by David M. Vaughn. Since my return on March 6, 2015, I have continually been denied employees benefits, placed in potentially hazardous and hostile situations and denied basic rights regarding work conditions.

According to the WMATA MTPD recruiting webpage, members of the Metro Transit Police force enjoy the following benefits:

- ☐ Salary of $48,395 to $86,856, plus shift differential
- ☐ Opportunity for promotion after five years of sworn service
- ☐ Police Officer 2/3 positions
- ☐ Clothing allowance of $450 - $900 per year
- ☐ Blue Cross/Blue Shield (PPO) health insurance, including major medical, dental, eye care, and prescription coverage
- ☐ Group life insurance
- ☐ Disability retirement plan
- ☐ Worker's compensation plan
- ☐ Deferred compensation annuity plan
- ☐ Paid holidays, annual and sick leave, and military leave/sick leave bank
- ☐ Permanent shifts/days off
- ☐ Retirement after 25 years of service (no minimum age) at 64%
- ☐ Tuition reimbursement plan
- ☐ Uniforms and equipment are provided by the Department (academy uniforms must be purchased)
- ☐ Free bus/rail transportation

(http://www.wmata.com/about_metro/transit_police/recruiting.cfm).
I have been denied these benefits. I am yet to receive documentation from WMATA's Human Resource Office confirming my reinstatement as an employee.

I was instructed to respond to MTPD District I by Captain G. Hanna on Thursday, March 12, 2015. MTPD District I is a secured facility. I was denied an employee identification card and was not provided with any documentation from MTPD to substantiate my presence in the secured facility. This was a potentially hazardous position to place me in because:

- I was responding to a facility with extremely limited public access
- The supervisors I encountered were unaware of my reinstatement
- The supervisors I encountered were unware of a duty assignment

This is particularly disturbing considering MTPD's response to suspicious persons/trespassers. I was repeatedly asked by multiple MTPD personnel why I was in the secured facility and the tension that exists prior to law enforcement action being taken was palpable.

While at MTPD District, I was ordered to respond to WMATA's Greenbelt parking lot for administrative duties. My duties were not explicitly provided. Historically, officers working in an administrative or limited duty capacity are assigned to the parking lots to observe and report criminal activity. I was not provided with a radio or any means to communicate change in duty status or request assistance in the event parking lot activity warranted police presence. MTPD dispatch advised their office was not aware of my reinstatement or duty assignment. This is alarming considering the 2014 Security Reports presented by MTPD states, "Overall parking lot crime showed a slight reduction, however motor vehicle thefts and attempts were about 13% higher in CY2014,"
(http://www.wmata.com/about_metro/board_of_directors/board_docs/012215_3C2014AnnualSecurityReport.pdf).

In addition to being placed in potentially hazardous and hostile situations, I have been denied basic rights in regards to general environmental controls, specifically access to a bathroom. According to federal regulation, "OSHA's sanitation standard for general industry, 29 CFR 1910.141(c)(1)(i) is intended to ensure that employers provide employees with sanitary and available toilet facilities, so that employees will not suffer the adverse health effects that can result if toilets are not available when employees need them,"
(https://www.osha.gov/pls/oshaweb/owadisp.show_document?p_table=STANDARDS&p_id=9790). When I needed to use the restroom at the Greenbelt metro rail station, the station managers questioned me. When I told them I was an employee, they requested to see employee identification and stated that if I was an employee, I should have keys that would grant access to the restroom. Because I was not provided with an employee identification card or a set of standard issued keys, I had to explain my termination and reinstatement in detail so that I could use the restroom facilities. I felt obligated to divulge this information in exchange for use of the

restroom. On March 16, 2015, I had to use sick leave to leave the property to use the restroom because the Greenbelt rail station restroom was out of service.

I have been forced to pay to work and will continue to incur multiple expenses in an effort to comply with the extended background investigation for reinstatement. While assigned to the Greenbelt parking lot, I pay to exit the lot daily. I have not received the SmarTrip card generally provided to MTPD personnel working in the parking lots, to avoid these fees. I was instructed by Captain G. Hanna to respond via metro rail to MTPD headquarters in the Jackson Graham Building located at 600 5th Street NW, Washington, DC from Greenbelt. Captain Hanna is aware I do not have an identification card that would have allowed for free metrorail transportation. I was told by a background investigator to obtain my driving record. The Virginia Department of Motor Vehicles charges a fee for driving records. I am being required to provide additional information at my expense, including college transcripts. Had I been reinstated in accordance with the arbitration decision, a complete background investigation and recertification could have been avoided and/or simplified.

These acts create/continue to create a hostile work environment, are retaliatory in response to my involvement in protected EEOC activity and are in violation of the Civil Rights Act of 1964. I would like to meet with you as soon as possible to discuss this matter. I look forward to your response. I can be contacted at [redacted]com.