# M E M O R A N D U M

SUBJECT: Letter of Termination DATE: March 6, 2014

FROM: MTPD – Chief Ronald A. Pavlik Jr.

TO: MTPD – Detective Amanda Betts

On Wednesday, February 19, 2014, an MTPD Official with the rank of Lieutenant asked you questions as part of an internal administrative investigation. You refused to answer or cooperate with the investigation. The Lieutenant ordered you to cooperate and advised you of the possible discipline to include termination if you failed to do so. You refused. On Thursday, February 20, 2014, the OPRI Commander, a Captain, interviewed you and asked you questions relating to an internal administrative investigation. The Captain advised you he was a ranking official, informed you that you had to cooperate and answer his questions, and informed you of the possible discipline up to and including termination if you refused. You acknowledged that you understood. You then refused to answer the questions or cooperate.

The internal investigation involved the improper storage of sensitive confidential criminal investigation files. You were asked questions that were directly and specifically related to your duties as a Detective with the Metro Transit Police Department. Two ranking MTPD Officials ordered you to cooperate and advised you of the consequences if you did not. You refused. You intentionally violated MTPD General Order 231, *Investigation of Employee Misconduct Allegations* and the MTPD Oath of Office.

The investigation was comprehensive and the report is sufficiently documented to support both its findings and recommendations. Accordingly, your employment with the Metro Transit Police Department is hereby terminated; effective immediately.

Metro Transit Police Department

I have read the above report
and I am aware that a copy will
be placed in my personnel folder.

3/6/14 14:50

Date Time Signature

**LAW ENFORCEMENT SENSITIVE**
**NOT FOR GENERAL RELEASE**